Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case) — Case Number **09–40567**

# UNITED STATES BANKRUPTCY COURT
District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/20/09.

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Debtor(s):**
Cynthia Carolyn Saxton
aka Cindy Carolyn Saxton
2108 E. Tracy Lane
Sioux Falls, SD 57103

| Case Number: | Social Security/Taxpayer ID Numbers: |
|---|---|
| 09–40567 | xxx–xx–0895 |

| Attorney for Debtor(s): | Bankruptcy Trustee: |
|---|---|
| Thomas A. Blake | Lee Ann Pierce |
| #202, 505 W 9th St | Trustee |
| Sioux Falls, SD 57104 | PO Box 524 |
| Telephone number: (605) 336–1216 | Brookings, SD 57006 |
| | Telephone number: 605–692–9415 |

### Meeting of Creditors:

Date: **August 21, 2009**   Time: **01:00 PM**   Location: **Suite 300, 314 S. Main Ave., Sioux Falls, SD 57104**

### Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**To File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts: 10/20/09**

**To Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 400 S. Phillips Ave., Room 104 | Frederick M. Entwistle |
| Sioux Falls, SD 57104–6851 | Clerk of the Bankruptcy Court |
| Telephone number: 605–357–2400 | |
| www.sdb.uscourts.gov | |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 7/21/09 |

### SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online, using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0869-4           User: ckram                  Page 1 of 2              Date Rcvd: Jul 21, 2009
Case: 09-40567                 Form ID: b9a                 Total Noticed: 44

The following entities were noticed by first class mail on Jul 23, 2009.
 db          +Cynthia Carolyn Saxton,    2108 E. Tracy Lane,    Sioux Falls, SD 57103-0765
 aty          Stephanie C. Bengford,    Assistant U.S. Attorney,    PO Box 2638,    Sioux Falls, SD  57101-2638
 aty         +Thomas A. Blake,    #202, 505 W 9th St,    Sioux Falls, SD 57104-3667
 tr          +Lee Ann Pierce,    Trustee,    PO Box 524,    Brookings, SD 57006-0524
 ust          Bruce J. Gering,    314 South Main Avenue, Suite 303,    Sioux Falls, SD  57104-6462
944163        Accounts Receivable Management, Inc.,    PO Box 129,    Thorofare, NJ  08086-0129
944165        Best Buy Corp.,    PO Box 9312,    Minneapolis, MN  55440-9312
944168        CCB Credit Services, Inc.,    5300 S. 6th St.,    Springfield, IL  62703-5184
944169        CCB Credit Services, Inc.,    PO Box 272,    Springfield, IL  62705-0272
944166       +Capital Management Services, LP,    726 Exchange St., Suite 700,    Buffalo, NY 14210-1464
944170        Chase,    Attn: Bankruptcy Dept.,    PO Box 10018,    Kennesaw, GA  30156
944172       +Collectcorp,    455 N. 3rd St., Suite 260,    Phoenix, AZ 85004-0630
944175       +Equifax,    Attn: Dispute Dept.,    PO Box 740256,    Atlanta, GA 30374-0256
944176       +Experian,    Attn: Dispute Dept.,    PO Box 2002,    Allen, TX 75013-2002
944180       +Firstsource Advantage, LLC,    205 Bryant Woods S.,    Amherst, NY 14228-3609
944181        Firstsource Advantage, LLC,    PO Box 628,    Buffalo, NY  14240-0628
944182        Home Depot Credit Services,    PO Box 6029,    The Lakes, NV  88901-6029
944183       +Home Federal Bank,    PO Box 5000,    Sioux Falls, SD 57117-5000
944189        Juniper Card Services,    PO Box 13337,    Philadelphia, PA  19101-3337
944191       +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
944190        National Action Financial Service, Inc.,    PO Box 9027,    Williamsville, NY  14231-9027
944193       +Rausch, Sturm, Isreal & Hornik,    Attorneys At Law,    300 N. Dakota Ave., Suite 511,
               Sioux Falls, SD 57104-6033
944194       +Service First FCU,    3901 E. 10th St.,    Sioux Falls, SD 57103-2197
944195        Shell Card Center,    PO Box 183018,    Columbus, OH  43218-3018
944196        Shell Card Center,    PO Box 689151,    Des Moines, IA  50368-9151
944197       +Shell/Citibank SD,    PO Box 6500,    Sioux Falls, SD 57117-6500
944199       +Trans Union Corp.,    Attn: Dispute Dept.,    PO Box 1000,    Chester, PA 19022-2001
944201        Wells Fargo Financial,    PO Box 5943,    Sioux Falls, SD  57117-5943
944200        Wells Fargo Financial,    PO Box 98791,    Las Vegas, NV  89193-8791

The following entities were noticed by electronic transmission on Jul 21, 2009.
944164        EDI: BANKAMER.COM Jul 21 2009 18:33:00     Bank Of America,    PO Box 15026,
               Wilmington, DE  19850-5026
944167        EDI: CAPITALONE.COM Jul 21 2009 18:33:00     Capital One,    PO Box 30285,
               Salt Lake City, UT  84130-0285
944171       +EDI: CHASE.COM Jul 21 2009 18:33:00     Chase,    Cardmember Services,    PO Box 15298,
               Wilmington, DE 19850-5298
944174        EDI: DISCOVER.COM Jul 21 2009 18:33:00     Discover,    PO Box 30395,
               Salt Lake City, UT  84130-0395
944179       +EDI: AMINFOFP.COM Jul 21 2009 18:33:00     First Premier Bank,    PO Box 5147,
               Sioux Falls, SD 57117-5147
944177        EDI: AMINFOFP.COM Jul 21 2009 18:33:00     First Premier Bank,    PO Box 1348,
               Sioux Falls, SD  57101-1348
944178        EDI: AMINFOFP.COM Jul 21 2009 18:33:00     First Premier Bank,    PO Box 5519,
               Sioux Falls, SD  57117-5519
944184        EDI: HFC.COM Jul 21 2009 18:33:00      HSBC,    PO Box 5241,    Carol Stream, IL  60197-5241
944187        EDI: HFC.COM Jul 21 2009 18:33:00      HSBC Card Services,    PO Box 80084,
               Salinas, CA  93912-0084
944186        EDI: HFC.COM Jul 21 2009 18:33:00      HSBC Card Services,    Cardmember Service Center,
               PO Box 5250,    Carol Stream, IL  60197-5250
944185       +EDI: HFC.COM Jul 21 2009 18:33:00      HSBC Card Services,    Cardmember Service Center,
               PO Box 5251,    Carol Stream, IL 60197-5251
944188        EDI: HFC.COM Jul 21 2009 18:33:00      HSBC Card Services,    PO Box 5241,
               Carol Stream, IL  60197-5241
944173        EDI: IRS.COM Jul 21 2009 18:33:00     Department Of The Treasury,    Internal Revenue Service,
               PO Box 24017,    Fresno, CA  93779-4017
944192       +EDI: HFC.COM Jul 21 2009 18:33:00      Orchard Bank,    PO Box 5222,    Carol Stream, IL 60197-5222
944198        EDI: WTRRNBANK.COM Jul 21 2009 18:33:00     Target National Bank,    PO Box 59317,
               Minneapolis, MN  55459-0317
944201        EDI: WFFC.COM Jul 21 2009 18:33:00     Wells Fargo Financial,    PO Box 5943,
               Sioux Falls, SD  57117-5943
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr           IRS
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0869-4         User: ckram           Page 2 of 2              Date Rcvd: Jul 21, 2009
Case: 09-40567               Form ID: b9a          Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2009**                    **Signature:** _Joseph Speetjens_